Martin E. Rosen (108998), mrosen@barwol.com
Jason C. Love (228881), jlove@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Mutual of Omaha Insurance Company

FILED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PRALINSKY,<br><br>Plaintiff,<br><br>vs.<br><br>MUTUAL OF OMAHA INSURANCE, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. C08-03191<br><br>**DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES**<br><br>[L.R. 3-16]<br><br>Complaint Filed: June 2, 2008 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office9\9691\039\08pleadings\certificate of interested parties (fed court)_v2.doc

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 2, 2008

BARGER & WOLEN LLP

By: _____
MARTIN E. ROSEN
JASON C. LOVE
Attorneys for Mutual of Omaha Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# PROOF OF SERVICE
### (United States District Court, Northern District of California)
### Removed from Superior Court County of Alameda - Case No. RG08390511)
### (Scott Pralinsky v. Mutual of Omaha Insurance Co.)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **July 2, 2008**, I served the foregoing document(s) described as **DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action by placing [ ] the original   [ X ] a true copy thereof enclosed in sealed envelope addressed as stated below.

> Laurence F. Padway, Esq.
> Law Offices of Laurence F. Padway
> 1516 Oak Street, Suite 109
> Alameda, California 94501
> Tel.: (510) 814-6100
> Fax: (510) 814-0650

[ X ] **BY MAIL**

   [ X ]   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ]   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Los Angeles, California on **July 2, 2008.**

NAME: Susan Lincoln                           _(Signature)_

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office9\9691\039\08pleadings\proof of service (fed court).doc