1  Martin E. Rosen (108998), mrosen@barwol.com
   Jason C. Love (228881), jlove@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5

6  Attorneys for Defendant
   Mutual of Omaha Insurance Company
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  SCOTT PRALINSKY,                  ) CASE NO. C08-3191 BZ
                                      )
12          Plaintiff,                )
                                      ) **DECLINATION TO PROCEED**
13      vs.                           ) **BEFORE A MAGISTRATE JUDGE**
                                      ) **AND REQUEST FOR**
14  MUTUAL OF OMAHA INSURANCE,        ) **REASSIGNMENT TO A UNITED**
    and DOES 1-20, inclusive,         ) **STATES DISTRICT JUDGE**
15                                    )
            Defendants.               ) Complaint filed:  June 2, 2008
16                                    )
                                      ) Removal filed:    July 2, 2008
17  _____ )

18      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT

19  JUDGE:

20      The undersigned party hereby declines to consent to the assignment of this case

21  to a United States Magistrate Judge for trial and disposition and hereby requests the

22  reassignment of this case to a United States District Judge.

23  Dated: July 10, 2008                BARGER & WOLEN LLP

24

25                                By:  _____
                                       MARTIN E. ROSEN
26                                     JASON C. LOVE
                                       Attorneys for Defendant Mutual of
27                                     Omaha Insurance Company

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE – C08-3191 BZ