1  Martin E. Rosen (108998), mrosen@barwol.com
   Jason C. Love (228881), jlove@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5

6  Attorneys for Defendant
   Mutual of Omaha Insurance Company
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  SCOTT PRALINSKY,                     )   CASE NO. C08-3191 BZ
                                         )
12              Plaintiff,               )   **PROOF OF SERVICE OF INITIAL**
                                         )   **COURT DOCUMENTS**:
13         vs.                           )   1) LISTING OF JUDGES;
                                         )   2) USDC FILING GUIDELINES;
14  MUTUAL OF OMAHA INSURANCE, and       )   3) NOTICE OF ASSIGNMENT OF CASE
    DOES 1-20, inclusive,                )      TO UNITED STATES MAGISTRATE
15                                       )      JUDGE FOR TRIAL;
                Defendants.              )   4) Blank CONSENT TO PROCEED
16                                       )      BEFORE A UNITED STATES
                                         )      MAGISTRATE JUDGE:
17                                       )   5) Brochure CONSENT TO A
                                         )      MAGISTRATE JUDGE'S
18                                       )      JURISDICTION IN THE NORTHERN
                                         )      DISTRICT OF CALIFORNIA
19                                       )   6) Blank DECLINATION TO PROCEED
                                         )      BEFORE A MAGISTRATE JUDGE AND
20                                       )      REQUEST FOR REASSIGNMENT TO A
                                         )      UNITED STATES DISTRICT JUDGE;
21                                       )   7) ECF REGISTRATION INFORMATION
                                         )      HANDOUT;
22                                       )   8) ORDER SETTING INITIAL CASE
                                         )      MANAGEMENT CONFERRENCE AND
23                                       )      ADR DEADLINES AND JUDGES
                                         )      STANDING ORDER;
24                                       )   9) STANDING ORDER FOR ALL JUDGES
                                         )      OF THE NORTHERN DISTRICT OF CA.
25                                       )
                                         )
26                                       )   Complaint filed:    June 2. 2008
                                         )
27                                       )   Removal filed:      July 2, 2008
                                         )
28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

PROOF OF SERVICE OF INITIAL COURT DOCUMENTS – C08-3191 BZ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE
### *Scott Pralinsky v. Mutual of Omaha Insurance Co. – C08-3191 BZ*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **July 11, 2008**, I served the foregoing document(s) described as

**PROOF OF SERVICE OF INITIAL COURT DOCUMENTS: 1) LISTING OF JUDGES; 2) USDC FILING GUIDELINES; 3) NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL; 4) Blank CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE: 5) Brochure CONSENT TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; 6) Blank DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; 7) ECF REGISTRATION INFORMATION HANDOUT; 8) ORDER SETTING INITIAL CASE MANAGEMENT CONFERRENCE AND ADR DEADLINES AND JUDGES STANDING ORDER; 9) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA** on the interested parties in this action by placing [ ] the original   [ X ] a true copy thereof enclosed in sealed envelope addressed as stated below.

Laurence F. Padway, Esq.
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California  94501
Tel.: (510) 814-6100
Fax: (510) 814-0650

[ X ] **BY MAIL**

    [ X ]    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(FEDERAL)**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **July 11, 2008**.

NAME:  Gloria V. Valles            *Gloria V. Valles*
                                      (Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800