**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT PRALINSKY,                             No. C 08-03191 MHP

    Plaintiff(s),                         **CLERK'S NOTICE**
                                             **(Scheduling Case Management Conference**
v.                                           **in Reassigned Case)**

MUTUAL OF OMAHA INSURANCE,

    Defendant(s).
                                    /

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, October 22, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                                                                Richard W. Wieking
                                                                                Clerk, U.S. District Court

Dated: August 18, 2008                        Anthony Bowser, Deputy Clerk to the
                                              Honorable Marilyn Hall Patel
                                              (415) 522-3140